

## LAMB McERLANE PC
### ATTORNEYS AT LAW

Jake D. Becker, Esquire
Voice: (610) 430-8000
Fax: (610) 692-0877
jbecker@lambmcerlane.com

April 12, 2022

*Via ECF*
The Honorable Nitza I. Quiñones Alejandro
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Re: *Cookie A. Magee v. County of Delaware*, et al.
Civil Action No. 2020-cv-2513

Dear Judge Alejandro:

My firm represents Plaintiff, Cookie A. Magee, in the above-referenced action. Defendants, the County of Delaware and Fair Acres Geriatric Center are represented Andrew D. La Fiura, Esquire and Morgan D. Schwartz, Esquire. I am pleased to inform you that the parties have reached a full settlement of all claims in Civil Action No. 20-2513. Please accept this letter as notice that an Order pursuant to Local Rule 41.1(b) can be issued.

Please let me know if Your Honor requires any additional information.

Very Truly Yours,

**LAMB McERLANE PC**

By: *Jake D. Becker*
Jake D. Becker

cc: All counsel of record (via ECF)